1032

[No. 56334-3-I.  Division One.  September 19, 2005.]

NANCY MALEE ORESKOVICH, *Appellant*, v. RICHARD EYMANN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-31014-8, Julie Spector, J., entered August 2, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 31697-8-II.  Division Two.  September 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CARL MOODY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03428-4, Lisa R. Worswick, J., entered April 26, 2004. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 31990-0-II.  Division Two.  September 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN DEAN MAHONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-01072-3, Diane M. Woolard, J., entered June 28, 2004. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 32454-7-II.  Division Two.  September 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT DAVID LUYSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01304-5, Stephen M. Warning, J., entered October 13, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.